# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| JAN HANUS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: |
| | : | |
| VIOLENT HUES PRODUCTIONS, LLC, and | : | COMPLAINT AND JURY |
| FERNANDO MICO, | : | DEMAND |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, JAN HANUS ("Hanus" or "Plaintiff"), brings this complaint in the United States District Court for the Eastern District of Virginia against VIOLENT HUES PRODUCTIONS, LLC ("Violent Hues"), and FERNANDO MICO ("Mico") (together "Defendants"), alleging as follows:

## PARTIES

1. Hanus is an award-winning and internationally-published photographer and art director with twenty years of experience in digital and film photography, desktop publishing, and printing techniques. Hanus resides in Reston, Virginia.

2. On information and belief, Violent Hues is a Limited Liability Company existing under the laws of the Commonwealth of Virginia, with headquarters in Alexandria, Virginia. Violent Hues provides the following film-related services: script review, budgeting, shooting,

lighting, visual effects, editing, color grading, DVD authoring, and web preparation.[1] Violent

Hues owns, operates, and is solely responsible for content displayed on the commercial

websites www.violenthues.com, and www.novafilmfest.com.

3.   On information and belief, Mico is an individual and serves as Executive Director of the

Northern Virginia (NOVA) International Film and Music Festival.[2] Mico owns, operates,

and is solely responsible for content displayed on the commercial websites

www.violenthues.com, and www.novafilmfest.com.

## JURISDICTION AND VENUE

4.   This is a civil action seeking damages for copyright infringement under the copyright laws of

the United States (17 U.S.C. § 101 et seq.).

5.   This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal

question); and 28 U.S.C. § 1338(a) (copyright).

6.   Jurisdiction and venue are proper in this district under 28 U.S.C. § 1391(b) and (c) and

1400(a) because the events giving rise to the claims occurred in this district, Defendants

engaged in infringement in this district, Defendants reside in this district, and Defendants are

subject to personal jurisdiction in Virginia and this district.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

7.   Hanus captured the photograph, "Boeing B-29 Superfortress Enola Gay" ("Copyrighted

Photograph") on October 10, 2011 at the Steven F. Udvar-Hazy Center in Chantilly, Virginia.

[Exhibit 1].

---

[1] www.violenthues.com/OurServices.html
[2] *Id.*

8.  On or about November 1, 2011, Hanus posted Copyrighted Photograph to the following

    URL:

    •  www.123rf.com/stockphoto/enola_gay.html?imgtype=0&oriSearch=boeing&sti=mom1o6
       5nb5l7q5mi1c%7C&mediapopup=11988161 ("123rf Post") (Last visited November 10,
       2019). [Exhibit 2].

9.  123rf Post detailed above included the following text, "Editorial Use Only: This image can

    only be used for editorial purposes. Use of this image in advertising, commercial, or for

    promotional purposes is prohibited unless additional clearances are secured by the licensee.

    123RF.com does not provide any clearance services," immediately below Copyrighted

    Photograph. [Exhibit 2].

10. Copyrighted Photograph included a full-image, diagonal watermark with the 123RF logo.

    [Exhibit 2].

11. Beginning on or about December 1, 2016, Defendants copied and posted Copyrighted

    Photograph, including the watermark, to the Defendants' commercial website,

    www.novafilmfest.com (Last visited January 10, 2018).

12. Defendants posted Copyrighted Photograph to the following URL:

    •  www.novafilmfest.com/plan-your-visit1 (Last visited January 10, 2018). [Exhibit 3].

13. Plaintiff registered Copyrighted Photograph with the United States Copyright Office on

    November 24, 2017 (Registration No.: VAu 1-302-275). [Exhibit 4].

    COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. §101 ET SEQ.

14. Plaintiff incorporates herein by this reference each and every allegation contained in each

    paragraph above.

15. Plaintiff is and at all relevant times has been, the copyright owner or licensees of exclusive rights under United States copyright with respect to Copyrighted Photograph, which is the subject of a valid and complete application before the United States Copyright Office for Certificate of Copyright Registration by the Register of Copyrights.

16. Among the exclusive rights granted to Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute Copyrighted Photograph to the public.

17. Plaintiff is informed and believes that Defendants, without the permission or consent of Plaintiffs, copied and displayed the Copyrighted Photograph on Defendants' commercial website, www.novafilmfest.com. In doing so, Defendants violated Plaintiff's exclusive rights of reproduction and distribution. Defendants' actions constitute infringement of Plaintiff's copyright and exclusive rights under copyright.

18. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

19. Upon information and belief, Mico is the dominant influence at Violent Hues, and determined and/or directed the policies that led to the infringements complained of herein. Accordingly, Mico is jointly and severally liable for any direct copyright infringement committed by Violent Hues. *See Broad. Music, Inc. v. It's Amore Corp.*, No. 3:08CV570, 2009 WL 1886038 (M.D. Pa. June 30, 2009), citing *Sailor Music v. Mai Kai of Concord, Inc.*, 640 F. Supp. 629, 634 (D.N.H.1984). Upon further information and belief, Mico maintained the right and ability to control the infringing activities of Violent Hues, and had a direct financial interest in those activities by virtue of his equity ownership in the companies. Accordingly, Mico is vicariously liable for any copyright infringement committed by Violent

Hues. *See, e.g., Broad. Music, Inc. v. Tex Border Mgmt.*, 11 F. Supp. 3d 689, 693-94 (N.D. Tex. 2014).

20. As a result of Defendants' infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to actual damages, including any profits realized by Defendants attributable to the infringements, pursuant to 17 U.S.C. § 504(b) for Defendant's infringement of Copyrighted Photograph.

## COUNT II: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. §1202

21. Plaintiff is informed and believe that Defendants, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, intentionally removed the copyright management information from Plaintiff's Copyrighted Photograph before displaying Copyrighted Photograph on Defendants' commercial website, www.novafilmfest.com. In doing so, Defendant violated 17 U.S.C. § 1202(a)(1) and (b)(1).

22. As a result of Defendants' actions, Plaintiff is entitled to actual damages or statutory damages pursuant to 17 U.S.C. § 1203(c). Plaintiff is further entitled to his attorneys' fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendants' unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Defendants, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing

Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's

copyright or other rights in any manner;

C.   Ordering Defendants to account to Plaintiff for all gains, profits, and advantages derived by

Defendant by their infringement of Plaintiff's copyright or such damages as are proper;

D.   Awarding Plaintiffs actual and/or statutory damages for Defendants' copyright infringement

in an amount to be determined at trial;

E.   Awarding Plaintiffs their costs, reasonable attorneys' fees, and disbursements in this action,

pursuant to 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F.   Awarding Plaintiffs such other and further relief as is just and proper.


## JURY DEMAND

Plaintiff hereby demand a trial by jury on all claims for which there is a right to jury trial.


Dated: November 1ß3, 2019                 ___/s/____*David C. Deal*_____
                                          David C. Deal (VA Bar No.: 86005)
                                          The Law Office of David C. Deal, P.L.C.
                                          P.O. Box 1042
                                          Crozet, VA 22932
                                          434-233-2727, Telephone
                                          *Counsel for Plaintiff*

EXHIBIT 1



EXHIBIT 2





EXHIBIT 3



EXHIBIT 4

### Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

Registration Number

**VAu 1-302-275**

Effective Date of Registration:
November 24, 2017

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

### Title _____

**Title of Work:**   Boeing B-29 Superfortress Enola Gay

### Completion/Publication _____

**Year of Completion:**   2011

### Author _____

- **Author:**   Jan Hanus
  **Author Created:**   photograph
  **Citizen of:**   United States
  **Year Born:**   1974

### Copyright Claimant _____

**Copyright Claimant:**   Jan Hanus
2331 Glade Bank Way, Reston, VA, 20191, United States

### Certification _____

**Name:**   Jan Hanus
**Date**:   November 24, 2017

Page 1 of 1